FILED '07 JUL 13 12:53 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL RAY REKOW, )
                    Petitioner, )
                    ) Civil No. 06-82-TC
v. )
                    ) ORDER
GUY HALL, et al., )
                  Respondents. )

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on June 15, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1   - ORDER

Petitioner has timely filed objections. I have, therefore, given *de novo* review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed June 15, 2007, in its entirety. Petitioner's petition for writ of habeas corpus (#2) is denied, and this case is dismissed.

IT IS SO ORDERED.

DATED this 13th day of July, 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER